STEVEN G. KALAR
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
1301 Clay Street, Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500

Counsel for Defendant SANCHEZ ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> EULOGIO CONSTANTINO SANCHEZ- ) <br> ROMERO, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 15-CR-396 JD <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING DATE TO DECEMBER 17, 2015 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Hearing Date: November 19, 2015 <br> Time:  1:30 p.m. |

The above-captioned matter is set on November 19, 2015 before this Honorable Court for a status hearing. The parties jointly request that the Court continue this matter to December 17, 2015, at 9:00 a.m., and that the Court exclude time under the Speedy Trial Act between November 19, 2015 and December 17, 2015.

On July 23, 2015, Mr. Sanchez was charged in a criminal complaint with illegally harboring an alien for financial gain, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii) and (B)(i). Mr. Sanchez made his initial appearance on July 24, 2015, and was remanded into custody. On August 6, 2015, an indictment was filed against Mr. Sanchez, charging him with illegally

harboring an alien for financial gain, in violation of 8 U.S.C. § 1324(a)(1)(A)(iii) and (B)(i), as well as criminal forfeiture.

Mr. Sanchez's initial detention hearing occurred on August 7, 2015, and further detention hearings were held on August 12, 2015, August 17, 2015, and August 21, 2015.  At the August 21, 2015 hearing, the magistrate court ordered Mr. Sanchez released on a $250,000 property bond.  By August 27, Mr. Sanchez had met the property posting requirements for issuance of the bond, and the magistrate court issued its order setting conditions of release.  Instead of releasing Mr. Sanchez on the bond, on August 28, 2015, ICE agents took custody of Mr. Sanchez under an immigration detainer, and transported him into ICE custody.

Mr. Sanchez made his first district court appearance on September 25, 2015, at which time the Court set this matter over to November 19, 2015 so that the defense could have additional time to review the discovery and to investigate the charges.  On October 8, 2015, an immigration judge released Mr. Sanchez from immigration custody on a $5000 bond.

For the following reasons, the parties jointly request that the Court continue this matter to December 17, 2015.  Last week government counsel informed defense counsel that it has additional discovery it needs to review before producing this new discovery to the defense.  The new production is likely to include voluminous phone and bank records.  Once discovery is produced, defense counsel will need sufficient time to review the discovery, to research and to continue to investigate the case, to assess the federal sentencing guidelines and to meet with Mr. Sanchez who was only recently released from immigration custody.  In addition, the defense has provided the government with reciprocal discovery that the government would like time to review.

 For all these reasons, the defense requests additional time to prepare, and the parties agree that it is appropriate to continue this case until December 17, 2015.  The parties stipulate and agree that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.  The parties further agree that the failure to grant this

1 continuance would unreasonably deny counsel for defendant the reasonable time necessary for
2 effective preparation, taking into account the exercise of due diligence.
3     Accordingly, the parties agree that the period of time from November 19, 2015 until
4 December 17, 2015, should be excluded in accordance with the provisions of the Speedy Trial
5 Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of defense counsel, taking
6 into account the exercise of due diligence.

8  DATED: November 13, 2015                 /S/
9                                                                   ANDREW HUANG
                                                                   Assistant United States Attorney

11 DATED: November 13, 2015                  /S/
                                                                    ANGELA M. HANSEN
12                                                                   Assistant Federal Public Defender

1 **ORDER**

2   Based on the reasons provided in the stipulation of the parties above, the Court hereby

3 finds:

4   1.   Given that the government has additional discovery to produce in this case and

5 that, once produced, defense counsel will need sufficient time to review the discovery and to

6 investigate the case and the applicable Sentencing Guidelines;

7   2.   Given that the defense will need time to discuss this case and the evidence with

8 defendant;

9   3.   Given that these above-listed tasks are necessary for the defense preparation of the

10 case and that the failure to grant the requested continuance would unreasonably deny counsel for

11 defendant the reasonable time necessary for effective preparation, taking into account the

12 exercise of due diligence;

13   4.   Given that the ends of justice served by this continuance outweigh the best interest

14 of the public and defendant in a speedy trial;

15   Based on these findings, it is hereby ordered that the status hearing date of November 19,

16 2015, scheduled at 1:30 p.m., is vacated and reset for December 17, 2015 at 9:00 a.m.  It is

17 further ordered that time is excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A)

18 and (B)(iv), from November 19, 2105 through December 17, 2015.

20 DATED: 11/16/15

    _____
    JAMES DONATO
21  United States District Judge