1  BRIAN J. STRETCH (CABN 163973)
   Acting United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  ANDREW S. HUANG (CABN 193730)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7234
        andrew.huang@usdoj.gov
8
   Attorneys for the United States of America
9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                           OAKLAND DIVISION
13

14 | UNITED STATES OF AMERICA,         ) NO. CR 15-00396 JD
                                       )
15 |     Plaintiff,                    ) NOTICE OF DISMISSAL AND [PROPOSED]
                                       ) ORDER
16 |   v.                              )
                                       )
17 | EULOGIO CONSTANTINO SANCHEZ-ROMERO, )
                                       )
18 |     Defendant.                    )
                                       )
19

20      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United

21 States Attorney for the Northern District of California dismisses the Indictment in the above-captioned

22 matter without prejudice.

23 DATED: November 20, 2015                      Respectfully submitted,

24                                               BRIAN J. STRETCH
                                                 Acting United States Attorney
25
                                                 DAVID R. CALLAWAY
26                                               Chief, Criminal Division

27
                                                 _____/s/_____
28                                               ANDREW S. HUANG
                                                 Assistant U.S. Attorney

NOT. DISMISSAL & [PROP'D] ORD.
NO. CR 15-00396 JD                    1

1
2 **[PROPOSED] ORDER**
3     It is hereby ordered that leave is granted to the government to dismiss the indictment without
4 prejudice.
5
6 DATED: November  23 , 2015
7                                             Hon. JAMES DONATO
                                            United States District Judge